UNITED STATES *v.* KELLY, Adm'x.

(*District Court, E. D. Pennsylvania.* May 4, 1886.)

BUTLER, J. For the reasons given in the opinion this day filed in *U. S.* v. *Trucks' Adm'r, ante,* 541, judgment must be entered for the defendant on the verdict. While this case arises under the subsequent statute of 1866, the facts found do not bring the defendant within the provision creating personal liability.